UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHMAN RASHAD RUSHING,<br><br>             Plaintiff,<br><br>      v.<br><br>CYNTHIA Y. TAMPKINS, et al.,<br><br>             Defendants. | Case No. 5:21-01004 AB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Civil Rights Complaint filed by Plaintiff Rahman R. Rushing, (Dkt. No. 7), and the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), (Dkt. No. 11).  A review of the docket reflects Plaintiff did not file objections to the Report and Recommendation, and the deadline for doing so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge is accepted, (Dkt. No. 11);

2. The case is dismissed with prejudice;

3. Judgment is to be entered accordingly.

DATED: January 10, 2022

THE HONORABLE ANDRE BIROTTÉ JR.
United States District Judge