J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHMAN RASHAD RUSHING,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CYNTHIA Y. TAMPKINS, et al.,<br><br>　　　　　　Defendants. | Case No. 5:21-01004 AB (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety with prejudice.

DATED: January 10, 2022

　　　　　　　　　　　　　　　　　　　THE HONORABLE ANDRE BIROTTÉ JR.
　　　　　　　　　　　　　　　　　　　United States District Judge